In the Matter of GENERAL ACCIDENT INSURANCE COMPANY, Respondent, v CARLA GARDINI et al., Respondents, and AETNA LIFE AND CASUALTY INSURANCE COMPANY, Appellant.
[639 NYS2d 139]

The appeal from the intermediate order must be dismissed because the right of direct appeal therefrom terminated with the entry of judgment in the action *(see, Matter of Aho, 39 NY2d 241, 248)*. The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment *(see, CPLR 5501 [a] [1])*.

We reject the petitioner's contention that the appellant's submission of a magnetic tape to the New York State Department of Motor Vehicles was not a filing of a notice of cancellation of the respondent Jonica Milorad's automobile insurance pursuant to Vehicle and Traffic Law § 313. It is undisputed that the appellant's submission was returned by the Depart-

ment of Motor Vehicles with the designation "unresolved no-hit." Under the regulations promulgated by the Commissioner of the Department Motor Vehicles (15 NYCRR 34.1 *et seq.*), such a designation is a filing of a notice of cancellation *(see,* 15 NYCRR 34.2 [a]-[f]; 34.7 [j] [2], [3]; 34.7 [o]). Accordingly, Milorad's automobile insurance was properly cancelled *(see, Matter of Eveready Ins. Co. v George,* 208 AD2d 835, 836). Bracken, J. P., Balletta, Thompson and Hart, JJ., concur.